**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 17-80751-TLS |
| | ) |
| ADAM JOEL MCINTYRE | ) CHAPTER 13 |
| SSN: ###-##-5173 | ) |
| JACQUELINE MARIE MCINTYRE | ) |
| SSN: ###-##-5822 | ) |
| | ) |
| **Debtors.** | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, KATHLEEN A. LAUGHLIN, Chapter 13 Trustee, and objects to confirmation of the plan pursuant to 11 U.S.C. § 1324 and Bankruptcy Rule 3015 (f) for the following reason(s):

1. The plan may not satisfy the best interests of the creditors test.

2. The plan does not appear to be feasible.  The expenses of the debtors appears to exceed their combined income.

3. The debtors have listed a student loan installment payment on schedule J as a monthly expense.  However, the plan does not contain language to the effect that the debtors intend to pay the student loan directly.

WHEREFORE, Trustee prays that the Trustee's Objection to Confirmation be sustained.

DATED:  July 17, 2017

s/ Kathleen A. Laughlin
Kathleen A. Laughlin #16883
Chapter 13 Trustee
13930 Gold Circle, Suite #201
Omaha, NE 68144
(402) 697-0437
1-800-884-0437

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Objection was served on FRANCIS X SKRUPA, debtors attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on July 17, 2017, by first-class, U.S. mail, postage prepaid to the Debtors at the addresses listed below:

ADAM JOEL MCINTYRE  
2736 ADEL STREET  
SIOUX CITY, IA 51104  

JACQUELINE MARIE MCINTYRE  
2643 N 124 CIR  
OMAHA, NE 68164  

s/ Kathleen A. Laughlin
Kathleen A. Laughlin