# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**  ADAM JOEL MCINTYRE
JACQUELINE MARIE MCINTYRE
DEBTOR(S)

CASE NUMBER   17-80751-TLS
CLAIM NUMBER  003
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at:  402.530.1879

Account No.:  0810

QUANTUM3 GROUP LLC
PO BOX 788
KIRKLAND, WA 98083-0788

AMOUNT:   1,569.56
Classified as:   Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 10/11/2017

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

QUANTUM3 GROUP LLC
PO BOX 788
KIRKLAND, WA 98083-0788

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE:  ADAM JOEL MCINTYRE | CASE NUMBER   17-80751-TLS |
| JACQUELINE MARIE MCINTYRE | CLAIM NUMBER   016 |
| DEBTOR(S) | (CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304
or by fax at:  402.530.1879

Account No.:  9667

US BANK NA
BANKRUPTCY DEPARTMENT
PO BOX 108
ST LOUIS, MO 63166-0108

AMOUNT:                                   6,394.65
Classified as:                               Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED:  10/11/2017

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                    s/ Kathleen A. Laughlin
                    Kathleen A. Laughlin

US BANK NA
BANKRUPTCY DEPARTMENT
PO BOX 108
ST LOUIS, MO 63166-0108